**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1465**

---

JAMES P. MIXON, JR.,

Plaintiff - Appellant,

versus

COMMONWEALTH ATTORNEY'S OFFICE AND PERSONNEL,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-95-699)

---

Submitted: November 21, 1996     Decided: December 3, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James P. Mixon, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action involving domestic relations issues for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mixon v. Commonwealth Attorney's Office</u>, No. CA-95-699 (E.D. Va. Apr. 24, 1996). We deny Mixon's pending motions for appointment of counsel, for reconsideration of this court's order deferring consideration of his request for counsel, and for a jury trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>